# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK INC., et al.,<br><br>Defendants. | **Case No. 2:25-mc-00005**<br><br>Originating Court: D. Utah<br>Originating Case No.: 2:23-CV-00467<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY** |

AND NOW, on this _____ day of _____, 2025, upon consideration of Movant John Simkiss's motion to stay, it is hereby ORDERED that Movant's motion is hereby GRANTED. The parties shall file a joint status report within either thirty (30) days of this Order or within five (5) days of entry of an order addressing the motion to extend discovery filed by Defendants Rymark, Inc., Nicholas Markosian, and Vicky Small, whichever occurs first.

BY THE COURT:

_____, J.