Bradley N. Sprout, Esq. (Attorney I.D. 203182) (bsprout@pionlaw.com)
**PION, NERONE, GIRMAN & SMITH, PC**
2404 Park Drive
Harrisburg, PA 17110-9303
Telephone: (717) 745-8727

Chad S. Pehrson (12622) (cpehrson@kba.law)
Robert P. Harrington (12541) (rharrington@kba.law)
Stephen Richards *(*19332*)* (srichards@kba.law)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646
***Application for *Pro Hac Vice Admission*
*To Be Submitted*

*Attorneys for Defendants, Counter Claimants*
*and Third-Party Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS AG, a Swiss corporation; AMERIMARK AUTOMOTIVE AG, a Swiss corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> RYMARK, INC., a Utah corporation; NICHOLAS THAYNE MARKOSIAN, an individual; JOHN KIRKLAND, an individual; and VICKY SMALL, an individual, | **RESPONSE IN OPPOSITION TO MOTION TO QUASH NON-PARTY SUBPENA OR FOR ENTRY OF PROTECTIVE ORDER** <br><br> Case 2:25-mc-00005 <br><br> Judge Anita B. Brody <br><br> **[Originating Case in United States** |

|  | **District Court for the District of Utah]** |
|---|---|
| Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual, | Case No.: 2:23-cv-00467 |
| | Judge Ted Stewart |
| | Magistrate Judge Cecilia M. Romero |
| Counter Claimants, | |
| vs. | |
| CAPANA SWISS ADVISORS AG, a Swiss corporation, and Amerimark Automotive AG, a Swiss Corporation, | |
| Counter Defendants. | |
| RYMARK, INC., a Utah corporation; and NICHOLAS THAYNE MARKOSIAN, an individual, | |
| Third-Party Plaintiffs, | |
| vs. | |
| SHAEN BERNHARDT, an individual; ASHLEY MIRON LESHEM, an individual; DAVID HESTERMAN, an individual; NICOLAI COLSHORN, an individual; STEFAN KAMMERLANDER, an individual; ALEXANDER COENEN, an individual; MARTIN FASSER HEEG, an individual; | |

| |
|---|
| AMERIMARK GROUP AG, a Swiss corporation; and PHILOMAXCAP AG, a German corporation, |
| Third-Party Defendants. |

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Rymark, Inc. and Nicolas Thayne Markosian ("Defendants" or "Rymark") hereby submit this Opposition to Third-Paty John Simkiss's ("Mr. Simkiss") Motion to Quash Non-Party Subpoena or For Entry of Protective Order (the "Motion").

The Motion should be denied for the reasons outlined in Defendants' Memorandum in Opposition to Third-Paty John Simkiss's Motion to Quash Non-Party Subpoena or For Entry of Protective Order, which this Opposition hereby incorporates by reference in its entirety.

Respectfully submitted,

**PION, NERONE, GIRMAN & SMITH, P.C.**

Dated: February 4, 2025    By: */s/   Bradley N. Sprout*
Bradley N. Sprout, Esquire
Attorney I.D. 203182

**KUNZLER BEAN**
**& ADAMSON, PC**

*/s/   Robert P. Harrington*
Robert P. Harrington, Esquire
Chad S. Pehrson, Esquire
Stephen Richards, Esquire

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2025, I filed the foregoing **MEMORANDUM IN OPPOSITION TO MOTION TO QUASH NON-PARTY SUBPENA OR FOR ENTRY OF PROTECTIVE ORDER** via the Court's Cm/ECF system, which provided notice of such filing to all counsel of records.

                                       **PION, NERONE, GIRMAN & SMITH, P.C.**

                               By: _/s/ Bradley N. Sprout_
                                     Bradley N. Sprout, Esquire
                                     Attorney I.D. 203182