## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYMARK INC., et al., <br><br> Defendants. | **Case No. 2:25-mc-00005** <br><br> Originating Court: D. Utah Originating Case No.: 2:23-CV-00467 |

### ORDER

AND NOW, on this 24th day of February, 2025, upon consideration of Movant John Simkiss' Motion to Stay (ECF No. 2), it is **ORDERED** that the Motion to Stay is **GRANTED**. The parties must file a joint status report either (i) on or before March 26, 2025, or (ii) within five days of the entry of an order addressing the Motion to Extend Discovery filed by Defendants Rymark, Inc., Nicholas Markosian, and Vicky Small in the underlying litigation, whichever occurs first.

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.
