# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RYMARK INC., et al.,<br><br>　　　　Defendants. | Case No. 2:25-mc-00005<br><br>Originating Court: D. Utah Originating Case No.: 2:23-CV-00467 |

## ORDER

AND NOW, on this 1st day of April, 2025, it is **ORDERED** that the parties must file a joint status report either (i) on or before May 1, 2025, or (ii) within five days of the entry of an order addressing the Motion to Extend Discovery filed by Defendants Rymark, Inc., Nicholas Markosian, and Vicky Small in the underlying litigation, whichever occurs first.

　　　　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.