# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYMARK INC., et al., <br><br> Defendants. | **Case No. 2:25-mc-00005-AB** <br> Judge Anita B. Brody <br><br> Originating Court: D. Utah <br> Originating Case No.: 2:23-CV-00467 <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

John Simkiss ("Movant") respectfully gives notice to the Court regarding the order granting a motion to quash by the District of Delaware in a matter filed by H2E Americas, LLC ("H2E"), of which Movant is a member. Mem. Order ("Order"), No. 25-00029-RGA-SRF (D. Del. Apr. 1, 2025), ECF 22, attached hereto.

The Delaware matter involved a similar challenge to subpoenas almost identical to those improperly served on Movant. The District of Delaware quashed the document subpoena and deposition subpoena issued to H2E on the basis that it did not give a reasonable time to comply, imposed an undue burden on H2E, and amounted to a fishing expedition, among other reasons. Order 6-8.

Respectfully submitted,

GOLDSTEIN LAW PARTNERS, LLC

Dated: April 26, 2025          *s/ David R. Osborne*
                              **Jonathan Goldstein**
                              Attorney I.D. No. 201627
                              Email: jgoldstein@goldsteinlp.com
                              **David R. Osborne**

Attorney I.D. No. 318024
Email: dosborne@goldsteinlp.com
Goldstein Law Partners, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
Telephone: 610-949-0444
Facsimile: 215-257-1910
*Counsel for Movant John Simkiss*