# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYMARK INC., et al.,<br><br>Defendants. | Case No. 2:25-mc-00005<br><br>Originating Court: D. Utah Originating Case No.: 2:23-CV-00467 |

## ORDER

AND NOW, on this 29th day of May, 2025, it is **ORDERED** that Movant John Simkiss's Motion to Quash (ECF No. 1) is marked as **MOOT**. Movant must notify the Court if Defendants attempt to enforce the subpoenas at issue in this matter.

        s/ANITA B. BRODY, J.
        ANITA B. BRODY, J.